IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO. 03-CV-02062-RPM-MJW

GALE W. BLOMENKAMP

    Plaintiff,

v.

THE TOWN OF CASTLE ROCK, COLORADO and
TOWN COUNCIL OF THE TOWN OF CASTLE ROCK, COLORADO

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANTS
_____

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, having reviewed the same and being fully advised in the premises, hereby,

**ORDERS** that Plaintiff's Complaint and all claims of Plaintiff against Defendants Town of Castle Rock, Colorado and Town Council of the Town of Castle Rock, Colorado are dismissed with

prejudice, each party to pay their own costs, expenses, and attorneys' fees.

DONE this 19th day of July, 2005.

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge
U.S. District Court